1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Patrick DeGeorge, | Case No.: 2:16-cv-00439-JAM-DB |
| Plaintiff, | **ORDER** |
| vs. | |
| Midland Credit Management, Inc., | |
| Defendant. | |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: 4/4/2017                    /s/ John A. Mendez_____
                                   Hon. John A. Mendez
                                   United States District Court Judge